UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

| | |
|---|---|
| BILLI JO WOODS, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>  -against-<br><br>MORRIS MOHAWK GAMING GROUP, ALWYN MORRIS, CALVIN AYRE, and HARP MEDIA BV,<br><br>                Defendants. | Case No.: 3:23-cv-00053-GFVT |

**REQUEST FOR FEE REFUND**

Comes the undersigned, and hereby requests a refund in the amount of $402.00 for an erroneous filing fee for filing a complaint. The first complaint submitted was not fully completed before the submit button was pushed. The undersigned attempted, successfully the second time, but had to pay the fee again. The tracking ID that was accepted is AKYEDC-5620261. The requested refund tracking ID is BKYEDC-5620261.

                                      Respectfully submitted,

                                      /s/ *Philip G. Fairbanks*
                                      PHILIP G. FAIRBANKS
                                      BARTLEY K. HAGERMAN
                                      **Mehr Fairbanks Trial Lawyers, PLLC**
                                      201 West Short Street, Suite 800
                                      Lexington, Kentucky 40507
                                      Telephone:  859-225-3731
                                      Facsimile:  859-225-3830
                                      pgf@austinmehr.com
                                      bkh@austinmehr.com

                                      and

**BURSOR & FISHER, P.A.**
Philip L. Fraietta*
Alec M. Leslie*
Matthew A. Girardi*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  pfraietta@bursor.com
             aleslie@bursor.com

*Attorneys for Plaintiff and the Putative Class*

* *Pro hac vice* application forthcoming