UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT


BILLI JO WOODS, *Individually and on* )
*behalf of others similarly situated*, )
)                     Case No. 3:23-cv-00053-GFVT
Plaintiff, )
)
v. )
)                     **ORDER**
MORRIS MOHAWK GAMING GROUP, *et* )
*al.*, )
)
Defendants. )


***** ***** ***** *****

This matter is before the Court on its own Motion. Defendant Alwyn Morris has now been served in the above-captioned case [R. 36] and has filed an Answer to Ms. Woods's Complaint. [R. 42.]  Yet, now some two and a half years after the beginning of this case, co-defendants Morris Mohawk Gaming Group, Calvin Ayre, and Harp Media B.V., have still yet to be served.  The purpose of this status conference is to determine steps forward in this litigation, including whether the entry of a scheduling order would be proper at this time.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1.      A telephonic status conference is **SCHEDULED** for **Wednesday, March 25, 2026, at 1:30 p.m.**; and

2.      To join the teleconference, the parties are **DIRECTED** to call Microsoft Teams Teleconferencing at 1-502-496-1655 and enter Phone Conference ID  464 421 856#.

This the 11th day of February 2026.

Gregory F. Van Tatenhove
United States District Judge